UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE E. WILSON, | No. C 10-0073 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| MARGARITA PEREZ; et al., | |
| Defendants. | |

Plaintiff's motion for extension of time to file his amended complaint is GRANTED. (Docket # 7.) Plaintiff must file his amended complaint no later than **February 11, 2011**. No further extensions of this deadline should be expected because, by the time the new deadline arrives, plaintiff will have had more than four months to prepare his amended complaint. Failure to file the amended complaint will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: January 12, 2011

_____
SUSAN ILLSTON
United States District Judge