UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE E. WILSON, | No. C 10-0073 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARGARITA PEREZ; et al., | |
| Defendants. | |

Plaintiff's request for voluntary dismissal is GRANTED. (Docket # 9.) This action is dismissed without prejudice. The clerk will close the file.

IT IS SO ORDERED.

Dated: February 9, 2011

_____
SUSAN ILLSTON
United States District Judge