UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE E. WILSON, | No. C 10-0073 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARGARITA PEREZ; et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2011

_____
SUSAN ILLSTON
United States District Judge